**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Shoukat Sundhu <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 18-13663 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 and index same on the master mailing list.

                                          Respectfully submitted,

                                          **/s/ Rebecca A. Solarz, Esquire**
                                          Rebecca A. Solarz, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322 FAX (215) 627-7734