UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

SHOUKAT   SUNDHU

                                               : Bankruptcy No. 18-13663JKF
Debtor(s)                    : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: December 19, 2018**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JAMES P MC GARRITY ESQ
TWO PENN CENTER - SUITE 405
1500 JFK BOULEVARD
PHILADELPHIA PA 19102-

SHOUKAT   SUNDHU
6116 TABOR AVENUE
PHILADELPHIA,PA.19111