United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                         Case No. 18-13663-jkf
Shoukat Sundhu                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2              Date Rcvd: Dec 19, 2018
                              Form ID: pdf900          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2018.
```
db             +Shoukat Sundhu,    6116 Tabor Avenue,    Philadelphia, PA 19111-5732
14116505       +Bank of New York Mellon,    475 Crosspoint Parkway,    Getzville, NY 14068-1609
14116507       +Furniture Mecca,    101 E. Venango Street,    Philadelphia, PA 19134-1022
14165545       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
14116511       +Philadelphia Gas Works,    1601 S. Broad Street,    Philadelphia, PA 19148-1003
14116512       +Progressive Auto,    6300 Wilson Mills Rd.,    Cleveland, OH 44143-2182
14116513       +Shapiro & Denardo LLC,    3600 Horizon Drive,    Suite 150,    King of Prussia, PA 19406-4702
14128670       +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Dec 20 2018 02:45:11     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2018 02:44:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 20 2018 02:45:10     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2018 02:50:16     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14235902        E-mail/Text: megan.harper@phila.gov Dec 20 2018 02:45:12     City of Philadelphia,
                 Law Department   Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
14116506       +E-mail/Text: megan.harper@phila.gov Dec 20 2018 02:45:12     City of Philadelphia,
                 Department of Revenue,    1401 JFK Boulevard,    Philadelphia, PA 19102-1697
14116509       +E-mail/Text: ecfbankruptcy@progleasing.com Dec 20 2018 02:45:04     NPRTO North-East, LLC,
                 256 W. Data Drive,    Draper, UT 84020-2315
14170884       +E-mail/Text: ecfbankruptcy@progleasing.com Dec 20 2018 02:45:04     NPRTO North-East, LLC,
                 256 West Data Drive,    Draper, UT 84020-2315
14116510       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 20 2018 02:44:38     PECO,
                 2301 Market Street,    Philadelphia, PA 19103-1380
14116760       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2018 02:50:32
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14122911       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2018 02:50:21     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14116508        James P. McGarrity,    1500 JFK Boulevard
14116514        Water Revenue Bureau,    1401 JFK Boulevard
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2018 at the address(es) listed below:
```
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JAMES P. MCGARRITY    on behalf of Debtor Shoukat  Sundhu mcgarritylaw@gmail.com,
           mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
```

```
District/off: 0313-2          User: PaulP                 Page 2 of 2                   Date Rcvd: Dec 19, 2018
                              Form ID: pdf900             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2007-6 bkgroup@kmllawgroup.com

        REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon et al ... bkgroup@kmllawgroup.com

        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        WILLIAM  MILLER*R    ecfmail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

        WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

        TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

SHOUKAT   SUNDHU

                                                : Bankruptcy No. 18-13663JKF
         Debtor(s)                              : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: December 19, 2018**

Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JAMES P MC GARRITY ESQ
TWO PENN CENTER - SUITE 405
1500 JFK BOULEVARD
PHILADELPHIA PA 19102-

SHOUKAT   SUNDHU
6116 TABOR AVENUE
PHILADELPHIA,PA.19111